# United States District Court
## Western District of North Carolina
## Division

| James W. Bailey, Jr. , | ) | JUDGMENT IN CASE |
| Petitioner | ) | 1:14-cv-00310 |
|  | ) | 1:11-cr-00010 |
| vs. | ) |  |
|  | ) |  |
| USA, | ) |  |
| Respondent | ) |  |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2015 Order.

June 22, 2015

_Frank G. John_

Frank G. Johns, Clerk
United States District Court